STATE OF MISSOURI, Respondent, *vs.* JESSE GABHART, Appellant.

1. *Practice—Supreme Court—No appeal etc.*—Where the record of a case brought up from a lower court shows no allowance of an appeal or writ of error, it will be stricken from the docket.

*Appeal from Wayne Circuit Court.*

*Chapman,* for Appellant.

*Attorney-General Baker* and *G. H. Crumb,* for Respondent.

ADAMS, Judge, delivered the opinion of the court.

This is an indictment for burglary and larceny. From the record it appears the defendant plead guilty and was sentenced to three years imprisonment in the penitentiary. The case is on the docket as an appeal from Wayne Circuit Court. But the record does not show that any appeal was applied for or allowed, and there being no writ of error, the case is here without any authority and must be struck from the docket.

Judge Wagner concurs.    Judge Bliss absent.